UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
-v-                                          :        13 Cr. 0026(JMF)
:
SALVADOR MEDINA,                             :        REVISED
:        SCHEDULING ORDER
Defendant.              :
:
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/13
```

JESSE M. FURMAN, District Judge:

IT IS HEREBY ORDERED that all parties appear for a conference with the Court on **February 25, 2013** at **3:00 pm** in **Courtroom 444** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: February 21, 2013
New York, New York

_____
JESSE M. FURMAN
United States District Judge